No. 2099. PABÓN, APPELLANT, *v.* ALVARADO AND LÓPEZ, AP-PELLEES.— District Court of Mayagüez. On appeal to the

United States Circuit Court of Appeals for the First Circuit. Decided July 27, 1922. The appellant not having complied with the requisites of the order of this court dated December 22, 1920, whereby an appeal from our judgment of June 4, 1920, was allowed, the motion of the appellee is sustained and the action is considered as abandoned.